IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENE M. WITTE, | § | |
| Plaintiff, | § § § | |
| v. | § § | 1:18-CV-502-RP |
| INTERCONTINENTAL HOTELS GROUP RESOURCES, INC. d/b/a INTERCONTINENTAL STEPHEN F. AUSTIN and HPT IHG-2 PROPERTIES TRUST d/b/a HPT IHG-2 PROPERTIES TRUST LLC, | § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On July 11, 2019, the parties filed an "Agreed Motion for Dismissal with Prejudice" of all claims in this case. (Dkt. 20). The Court will construe the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on July 12, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE